

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Jane A. Restani
Judge

November 17, 2023

Anne M. Delmare
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

David John Craven
Craven Trade Law LLC
3744 N. Ashland Avenue
Chicago, IL 60613

Re:   United States v. Liu et al
      Court No. 23-00116

Dear Counsel:

USCIT Rule 16(b) requires the Court to issue a scheduling order after receiving the parties' report under Rule 26(f) or after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference or by telephone, mail, or other means.

Accordingly, all parties shall confer and file a joint proposed scheduling order with the Clerk of Court by December 17, 2023. If the parties are unable to agree upon a proposed scheduling order, each party shall file a proposed scheduling order by December 10, 2023 and contact my Case Manager, Geoffrey Goell by telephone at (212) 264-2973 or via e-mail at geoffrey_goell@cit.uscourts.gov to arrange a telephone conference with chambers.

Sample forms, as well as Standard Chambers Procedures, are available on the Court's website at: http://www.cit.uscourts.gov/Rules/Index_Rules_Forms.html.

Further, parties are reminded to review the USCIT Rules and ensure discovery is conducted in accordance with Rule 26 and 34. When considering motions to extend discovery for good cause, the court will consider the extent to which parties have complied with the rules and whether the circumstances requiring an extension were foreseeable.

Thank you for your assistance and cooperation.

Very truly yours,

/s/ Jane A. Restani
Judge